**Benesch**

Brandon S. McTigue
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Direct Dial: 646-593-7052
bmctigue@beneschlaw.com

July 1, 2024

**BY ECF**
Honorable Philip M. Halpern
United States District Court Judge
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601-4150

Re:     ***Jonathan Pasternak et al., v. HiSmile, Inc.***
        **Docket No. 7:24-cv-04445**

Dear Judge Halpern:

We represent Defendant HiSmile, Inc. ("Defendant") in the above referenced-matter. We write, without opposition from counsel for Plaintiffs Jonathan Pasternak and Owen Carey, on behalf of themselves and all others similarly situated ("Plaintiffs") to request that the Court extend Defendant's time to answer or otherwise respond to Plaintiffs' Summons and Complaint (the "Complaint"), filed on June 10, 2024, to August 2, 2024. This is Defendant's first request to extend this deadline.

Defendants present deadline to respond to the Complaint is July 2, 2024. Counsel for Defendant is in the process of obtaining and reviewing the information necessary to fully analyze and complete preparations for an appropriate response to the Complaint. Counsel for Plaintiffs does not oppose this request for a 30-day extension of Defendant's time to answer or otherwise respond to the Complaint.

Accordingly, Defendant requests that the Court extend its time to respond to the Complaint from July 2, 2024, to August 2, 2024.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Benesch, Friedlander, Coplan &
  Aronoff LLP

*/s/ Brandon S. McTigue*

Brandon S. McTigue