

Brandon McTigue
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Direct Dial: 646-593-7052
BMcTigue@beneschlaw.com

July 25, 2024

**BY ECF**
Honorable Philip M. Halpern
United States District Court Judge
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601-4150

Re:  *Jonathan Pasternak et al., v. HiSmile, Inc.*
  **Docket No. 7:24-cv-04445**

Dear Judge Halpern:

We represent Defendant Hismile, Inc. ("Defendant") in the above referenced matter. We write, with the consent of counsel for Plaintiffs Jonathan Pasternak and Owen Carey, on behalf of themselves and all others similarly situated ("Plaintiffs"), to request that the Court extend Defendant's time to answer or otherwise respond to Plaintiffs' Summons and Complaint (the "Complaint") from August 2, 2024 to August 16, 2024.

This is the Parties' second request to extend the deadline. (*See* Dkt. 10.) The Parties plan to use this additional time to obtain and review the information necessary to appropriately respond to the complaint and to confirm whether the proper defendants are named in the case. Counsel for Plaintiffs consents to this request for a two-week extension of Defendant's time to answer or otherwise respond to the Complaint.

Accordingly, Defendant requests that the Court extend its time to respond to the Complaint from August 2, 2024, to August 16, 2024.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Benesch, Friedlander, Coplan &
 Aronoff LLP

*/s/ Brandon McTigue*

Brandon McTigue