**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JONATHAN PASTERNAK and OWEN CAREY, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

HISMILE PTY LTD. and HISMILE, INC.,

        Defendants.

Case No.: 24-cv-04445 (PMH)

**NOTICE OF**
**VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Owen Carey, by and through his undersigned counsel, hereby files this Notice of Voluntary Dismissal without prejudice as to Plaintiff OWEN CAREY only.

Dated: December 17, 2024
      White Plains, New York

                      **DENLEA & CARTON LLP**

By: _____
Jeffrey I. Carton
Catherine H. Friesen
2 Westchester Park Drive, Suite 410
White Plains, New York 10604
Tel.: (914) 331-0100
Fax: (914) 331-0105
jcarton@denleacarton.com
cfriesen@denleacarton.com
*Attorneys for Plaintiff*