**DENLEA & CARTON**

2 Westchester Park Drive, Suite 410
[White Plains, NY] 10604
[Tel.] 1-0100
[Fax] 1-0105
[...].com

> Application denied as moot in light of the proposed Civil Case Discovery Plan and Scheduling Order filed on January 7, 2025. (Doc. 35).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 7, 2025

VIA ECF

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr. Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

     Re:  *Pasternak v. Hismile,* Case No. 7:24-04445 (PMH)

Dear Judge Halpern:

  The parties jointly submit this letter to request a brief extension of time, until January 8, 2025, to submit our proposed Civil Case Discovery Plan and Scheduling Order pursuant to the Court's Order dated December 16th. Discussions regarding the terms of the proposed Plan and Order are ongoing, but should be completed within the next twenty-four (24) hours. This is the parties' first request for an extension of time.

  The Court's consideration in scheduling this matter is greatly appreciated.

           Respectfully submitted,

          DENLEA & CARTON LLP

         By: /s/ *Catherine H. Friesen*
           Catherine H. Friesen

cc: All Counsel (via ECF)