UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN PASTERNAK, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

HISMILE PTY LTD. and HISMILE, INC.,

    Defendants.

Case No.: 24-cv-04445 (PMH)

STIPULATION OF DISMISSAL

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby dismissed without prejudice, without costs to either party or against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

A fully executed copy of this Stipulation shall be deemed an original for all purposes.

Dated: April 4, 2025
       White Plains, NY

| DENLEA & CARTON LLP | BENESCH, FRIEDLANDER, COPLAN & ARANOFF LLP |
|---|---|
| By: _____ <br> Catherine H. Friesen <br> 2 Westchester Park Drive, Suite 410 <br> White Plains, NY 10604 <br> Tel.: (914) 331-0100 <br> Fax: (914) 331-0105 <br> cfriesen@denleacarton.com <br> *Attorneys for Plaintiff* | By: _____ <br> Michael D. Meuti <br> 127 Public Square Suite 4900 <br> Cleveland, OH 44114 <br> Tel.: (216) 363-4500 <br> Fax: (216) 363-4588 <br> MMeuti@beneschlaw.com <br> *Attorneys for Defendants* |